UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 5:21-MJ-00011-4 JLT |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| LIZETTE MENDEZ, ) | |
| Defendant. ) | |

The defendant has attested to her financial inability to employ counsel and wishes the Court to appoint counsel to represent her. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Kevin P. Rooney is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to March 26, 2021. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __March 31, 2021__ _____ /s/ Jennifer L. Thurston
CHIEF UNITED STATES MAGISTRATE JUDGE